# FBFG | Finkelstein, Blankinship, Frei-Pearson & Garber, LLP

Andrew G. Finkelstein, P.C. (NY & NJ) *  George A. Kohl, II (NY & MA)     Elizabeth A. Wolff (NY & MA)            Marc S. Becker (NY)              Robin N. D'Amore (NY)
D. Greg Blankinship (NY & MA)             Andrew L. Spitz (NY)            Robert E. Borrero (NY)                  Antonio S. Grillo (NY & NJ)      Nicole Murphy (NY)
Jeremiah Frei-Pearson (NY)                Elyssa M. Fried-DeRosa (NY)     Christine Khalili-Borna Clemens (NY & CA) Aparna Anantharaman (NY)       Rodrigo Arcuri (NY)
Todd S. Garber (NY & CT)                  James W. Shuttleworth, III (NY) Brian D. Acard (NY)                     Narine Galoyan (NY)              Marigold T. Bridgeman (NY)
                                          David E. Gross (NY & NJ) *      Vincent J. Pastore ( NY & NJ )          Vincent J. Rossillo (NY)         Melanie D. Sanders (NY)
Difie Osborne (NY & NJ)                   Mary Ellen Wright, R.N. (NY) *  Amber L. Camio (NY)                     Pamela Thomas (NY & CT)          Kevin D. Burgess (NY)
Antonino B. Roman (NY)                    Kenneth B. Fromson (NY, NJ & PA) * Michele M. Haber (CA)                Donald A. Crouch (NY & CT)       Warren C. George (NY)
Andrew C. White (NY)                      Nancy Y. Morgan (NY, NJ & PA)   Christopher R. Camastro (NY & NJ)       Karen O'Brien (NY)               Sarah Vulcano (NY)
John Sardesai-Grant (NY)                  Lawrence D. Lissauer (NY)       Cynthia M. Maurer (NY & NJ)             David Stauber (NY)               Krista Rose (NY & NJ)
                                          Victoria Lieb Lightcap (NY & MA) * Michael Feldman (NY & NJ) *          Jennifer Safier (NY & NJ)        Marvin Anderman, P.C. (NY)
**Of Counsel**                            Ann R. Johnson (NY & CT)        Raye D. Futerfas (NJ)                   Thomas P. Welch (NY)             Frank R. Massaro (NY)
Duncan W. Clark (NY)                      Marshall P. Richer (NY)         Linda Armatti-Epstein (NY)              Annie Ma (NY & NJ)               Kenneth G. Bartlett (CT & NJ)
George M. Levy (NY)                       Edward M. Steves (NY)           David Akerib (NY)                       Howard S. Lipman (NY)
Robert J. Camera (NY & NJ)                Kara L. Campbell (NY & CT)      Frances M. Bova, R.N. (NY & NJ)         Noreen Tuller, R.N. (NY)
Joseph P. Rones (NY)                      Marie M. DuSault (NY)           Gustavo W. Alzugaray (NY)               Cristina L. Dulay (NY & NJ)
Ronald Rosenkranz (NY) *                  Melody A. Gregory (NY & CT)     Sharon A. Scanlan (NY & CT)             Justin M. Cinnamon (NY &         * The Neurolaw Trial Group

May 17, 2016

**Via ECF**
Honorable William H. Pauley III
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *In re KIND LLC "Healthy and All Natural" Litigation*,
              Nos. 15-MD-2645 (WHP) 15-MC-2645 (WHP)

Dear Judge Pauley,

      We represent Plaintiffs in the above-referenced action. In light of Defendant's supplemental filing dated May 10, 2016 and the change of position of the FDA, the parties agree to stipulate to the dismissal of the "healthy" claims without prejudice and as such the Court need not concern itself with those claims at the hearing on the motion to dismiss scheduled for Monday May 23, 2016.

              Respectfully Submitted,

              **FINKELSTEIN, BLANKINSHIP,**
              **FREI-PEARSON & GARBER, LLP**

              */s/ Todd S. Garber*
              Todd S. Garber

Newburgh • Albany • Binghamton • Kingston • Middletown • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • White Plains
Phone: (914) 298-3281  Fax: (845) 562-3492  www.fbfglaw.com

1279 ROUTE 300, P.O. BOX 1111                                                                       445 HAMILTON AVE, SUITE 605
NEWBURGH, nY 12551                                                                                  WHITE PLAINS, NY 10601