# Exhibit A
## Curriculum Vitae

# STEPHEN F. HAMILTON
## Curriculum Vitae

**Work Address:**  Department of Economics
Orfalea College of Business
California Polytechnic State University
San Luis Obispo, CA 93407
Voice: 805-756-2555
FAX:   805-756-1473
E-mail: shamilto@calpoly.edu

## EDUCATION

Ph.D., Agricultural and Resource Economics, University of California at Berkeley, 1996.
M.S., Agricultural and Resource Economics, University of California at Berkeley, 1994.
B.A., Environmental Studies (with distinction) and Economics, *magna cum laude*, University of California, Santa Barbara, 1991.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| **2019 to date** | Professor of Economics, Cal Poly San Luis Obispo |
| **2016 to 2019** | Professor and Director of Graduate Studies, Department of Economics, Cal Poly San Luis Obispo |
| **2005 to 2017** | Professor and Chair of Economics, Cal Poly San Luis Obispo |
| **2011** | Visiting Researcher, Institut National de la Recherche Agronomique (INRA) and Toulouse School of Economics (TSE) |
| **2004 to 2005** | Associate Professor, Cal Poly San Luis Obispo |
| **2001 to 2004** | Director of Graduate Studies, University of Central Florida
Associate Professor, University of Central Florida |
| **1999 to 2001** | Associate Professor, University of Arizona |
| **1996 to 1999** | Assistant Professor, Kansas State University |

## HONORS AND AWARDS

*Keynote Address*, TRANSFORuM: Industry Pioneers & Visionaries, Waste Expo, 2019.
Scientific Committee, Industrial Organization in the Food Industry workshop, TSE, 2018-19.
*Atlas Award*, Elsevier-Science Direct, 2018.
*Keynote Address*, 3rd GAEL Conference, Product Differentiation and Innovation, Grenoble France, June 2013.
*Outstanding Doctoral Dissertation Award,* (Advisee: William Allender), American Agricultural and Applied Economics Association, 2014.
Invited Participant, NBER Summer Workshops on Environmental Economics, 2004-present.
*Fellow*, Rural Development Research Consortium.
*Early Career Award* for Outstanding Research, Gamma Sigma Delta, 1999.
*Faculty of the Semester Award* for Instruction, Kansas State University, 1998.
*Outstanding Graduate Student Instructor Award*, University of California at Berkeley, 1994.

## EDITORIAL BOARDS

Editor, *Journal of Public Policy & Marketing*, special issue on Analytics Insights, 2018-2020.
Editorial Board, *Journal of Environmental Economics and Management*, 2008-2015.
Editorial Council, *Journal of Agricultural and Resource Economics*, 2009-2012.
Associate Editor, *Journal of Industrial Organization Education*, 2005-2009.
Associate Editor, *Journal of Agricultural & Food Industrial Organization*, 2003-2007.
Associate Editor, *American Journal of Agricultural Economics*, 2001-2005.

## FIELDS OF INTEREST

| | |
|---|---|
| Agricultural Economics | Natural Resource Economics |
| Industrial Organization and Antitrust Analysis | Environmental Economics |
| Law and Economics | Public Economics |
| Policy and Regulation | International Trade |

## MEMBERSHIP IN PROFESSIONAL SOCIETIES

American Agricultural Economics Association
American Economic Association
Association of Environmental and Resource Economics

## PUBLICATIONS

**Articles in Refereed Journals**

"Spatial and Temporal Variation of Offshore Wind Power and its Value along the Central California Coast," (with Yi-Hui Wang, Ryan Walter, Crow White, Matt Kehrli, Patrick Soper, and Ben Ruttenberg), *Environmental Research Communications*, in press.

"Agricultural Policy and Household Food Waste," (with Timothy Richards), *American Journal of Agricultural Economics*, 101(2), March 2019, pp. 600-614.

"Coordination for Collective Rents: An Experimental Analysis," (with Olivier Bonroy, Alexis Garapin and Diogo M. Souza Monteiro), *American Journal of Agricultural Economics*, 101(1), January 2019, pp. 89-108.

"Retail Market Power in a Shopping Basket Model of Supermarket Competition," (with Timothy Richards and Koichi Yonezawa), *Journal of Retailing* 94(3), September 2018, pp. 328-342.

"Food Waste and the Sharing Economy," (with Timothy Richards), *Food Policy* 75, February 2018, pp. 109-123. (**Recipient of Elsevier's Atlas Award**.)

"Market Competition and the Health Composition of Manufactured Food," (with Vincent Réquillart), *Health Economics*, 26(12), December 2017, pp. 1637-1643.

"Slotting Allowances and Product Variety in Oligopoly Retail Markets," (with Robert Innes). *Economics Letters*, 158, September 2017, pp. 34-36.

"Retail Intermediation and Local Foods," (with Timothy J. Richards, Elliot Rabinovich, and Miguel Gomez), *American Journal of Agricultural Economics*, 99(3), April 2017, pp. 637-659.

"Variety and the Cost of Search in Supermarket Retailing," (with Timothy J. Richards and Koichi Yonezawa), *Review of Industrial Organization*, 50(3), May 2017, pp. 263-285 (**lead article**).

"Attribute Search in Online Retailing," (with Timothy J. Richards and Janine Empen), *American Journal of Agricultural Economics* 99(1), January 2017, pp. 225-242.

"Measuring the Welfare Losses from Urban Water Supply Disruptions," (with Steven Buck, Max Auffhammer and David Sunding), *Journal of the Association of Environmental and Resource Economists* 3(3), September 2016, pp. 743-778.

"Search and Price Dispersion in Online Grocery Markets." (with Timothy J. Richards and William Allender), *International Journal of Industrial Organization* 47, July 2016, pp. 255-281.

"Optimal Recycling Policy for Used Lubricating Oil: The Case of California's Used Oil Management Policy," (with David Sunding), *Environmental and Resource Economics* 62(1), September 2015, pp. 3-17 (**lead article**)..

"Oligopoly Intermediation, Relative Rivalry, and Market Conduct," (with Philippe Bontems and Jason Lepore), *International Journal of Industrial Organization* 40, May 2015, pp. 49-59.

"Variety Pass-Through: An Examination of the Ready-to-eat Breakfast Cereal Market," (with Timothy J. Richards), *Review of Economics and Statistics* 97(1), March 2015, pp. 166-180.

"How Do Supermarkets Price Beer During Periods of Peak Demand?  Evidence from Game Weeks of the German Bundesliga," (with Janine Empen).  *Southern Economic Journal* 81(3), January 2015, pp. 679-696.

"Potential Economic Impacts of Environmental Flows Following a Possible Listing of Endangered Texas Freshwater Mussels," (with Brad Wolaver, Cassandra Cook, David Sunding, Bridget Scanlon, Michael Young, Xianli Xu, and Robert Reedy).  *Journal of the American Water Resources Association* 50(5), October 2014, pp. 1081-1101.

"Social Networks and New Product Choice: Peer Effects in an Incentive-Compatible Choice-Based Conjoint Experiment," (with Timothy J. Richards and William Allender), *American Journal of Agricultural Economics* 96(2), March 2014, pp. 489-516.

"Environmental Policy with Collective Waste Disposal," (with Thomas Sproul, David Sunding and David Zilberman), *Journal of Environmental Economics and Management* 66(2), September 2013, pp. 337-346.

"How Do Supermarkets Respond to Brand-Level Demand Shocks? Evidence from the German Beer Market," (with Janine Empen), *American Journal of Agricultural Economics (Proceedings)* 95(5), October 2013, pp. 1223-1229.

"Slotting Allowances and Variety Provision in Supermarket Retailing," (with Robert Innes), *American Journal of Agricultural Economics (Proceedings)* 95(5), October 2013, pp. 1216-1222.

"How Does Advertising Affect Market Demand?  The Case of Generic Advertising," (with Kyle W. Stiegert and Timothy J. Richards), *Economic Inquiry* 51(2), April 2013, pp. 1183-1195.

"Rivalry in Price and Location by Differentiated Product Manufacturers," (with Timothy J. Richards and William J. Allender), *American Journal of Agricultural Economics* 95(3), April 2013, pp. 650-668.

"Network Externalities in Supermarket Retailing," (with Timothy J. Richards), *European Review of Agricultural Economics* 40(1), February 2013, pp. 1-22 (**lead article**).

"Emissions Standards and Environmental Quality Standards with Stochastic Environmental Services," (with Till Requate), *Journal of Environmental Economics and Management* 64(3), November 2012, pp. 377-389.

"Obesity and Hyperbolic Discounting: An Experimental Analysis," (with Timothy J. Richards), *Journal of Agricultural and Resource Economics* 37(2), August 2012, pp.  181-198.

"Commodity Price Inflation, Retail Pass-Through and Market Power," (with Timothy J. Richards and William J. Allender), *International Journal of Industrial Organization* 30(1), January 2012, pp. 50-57.

"Spatial Competition in Private Labels," (with Tim Richards and Paul Patterson), *Journal of Agricultural and Resource Economics* 35(2), August 2010, pp. 183-208.

"Second-Best Tax Policy and Natural Resource Management in Growing Economies," (with Steve Cassou, Arantza Gorostiaga and Maria Jose Guitierrez), *International Tax and Public Finance* 17(6), December 2010, pp. 607-26.

 "$SO_2$ policy and input substitution under spatial monopoly," (with Shelby Gerking), *Resource and Energy Economics* 32(3), August 2010, pp. 327-340.

"Variety Competition in Retail Markets," (with Timothy J. Richards), *Management Science* 55(8), August 2009, pp. 1368-76.

"Excise Taxes with Multi-Product Transactions," *American Economic Review* 99(1), March 2009, pp. 458-71.

"Vertical Restraints and Horizontal Control," (with Robert Innes), *RAND Journal of Economics* 40(1), Spring 2009, pp. 120-43.

"Informative Advertising in Concentrated, Differentiated Markets," *International Journal of Industrial Organization* 27(1), January 2009, pp. 60-69.

"Unintended Consequences: The Spillover Effects of Common Property Regulations," (with Gordon Rausser, Marty Kovach, and Ryan Stifter), *Marine Policy* 33(1), January 2009, pp. 24-39.

"Marketable Permits, Low-Sulfur Coal, and the Behavior of Railroads" (with Shelby Gerking), *American Journal of Agricultural Economics* 90(4), November 2008, pp. 933-50.

"Fast Food, Addiction and Market Power," (with Timothy J. Richards and Paul M. Patterson), *Journal of Agricultural and Resource Economics* 32(3), December 2007, pp. 425-47.

"Green Markets, Eco-Certification, and Equilibrium Fraud" (with David Zilberman), *Journal of Environmental Economics and Management* 52(3), November 2006, pp. 627-44.

"Rivalry in Price and Variety among Supermarket Retailers," (with Tim Richards), *American Journal of Agricultural Economics* 88(3), August 2006, pp. 710-27.

"Naked Slotting Fees for Vertical Control in Multi-Product Retail Markets," (with Robert Innes), *International Journal of Industrial Organization* 24(2), March 2006, pp 308-18.

"The Transition from Dirty to Clean Industries: Optimal Fiscal Policy in a Two Sector Model of Endogenous Growth," (with Steven Cassou), *Journal of Environmental Economics and Management* 48(3), November 2004, pp. 1050-77.

"Vertical Structure and Strategic Environmental Trade Policy," (with Till Requate), *Journal of Environmental Economics and Management* 47(2), March 2004, pp. 260-69.

"Slotting Allowances as a Facilitating Practice by Food Processors in Wholesale Grocery Markets: Profitability and Welfare Effects," *American Journal of Agricultural Economics* 85(4), November 2003, pp. 797-813 (**lead article**).

"Public Goods and the Value of Product Quality Regulations: The Case of Food Safety," (with David Sunding, and David Zilberman), *Journal of Public Economics* 87(3-4), March 2003, pp. 799-817.

"An Empirical Test of the Rent-Shifting Hypothesis: The Case of State Trading Enterprises," (with Kyle Stiegert), *Journal of International Economics* 58(1), October 2002, pp. 135-57.

"Strategic Environmental Policy and International Trade in Asymmetric Oligopoly Markets," (with Yann Duval), *International Tax and Public Finance* 9(3), May 2002, pp. 259-71.

"Product Liability, Entry Incentives and Market Structure," (with David Sunding), *International Review of Law and Economics* 20(2), June 2000, pp. 269-83.

"Vertical Coordination, Antritrust Law, and International Trade," (with Kyle Stiegert), *Journal of Law & Economics* 43(1), April 2000, pp. 143-56.

"Does Market Timing Contribute to the Cattle Cycle," (with Terry Kastens), *American Journal of Agricultural Economics* 82(1), February 2000, pp. 82-96.

"The Comparative Incidence of Specific and Ad Valorem Taxation in Noncompetitive Environments," *Economics Letters* 63(2), May 1999, pp. 235-38.

"Tax Incidence under Oligopoly: A Comparison of Policy Approaches," *Journal of Public Economics* 71(2), February 1999, pp. 233-46.

"Demand Shifts and Market Structure in Free-Entry Oligopoly Equilibria," *International Journal of Industrial Organization* 17(2), February 1999, pp. 259-75.

"Returns to Public Investments in Agriculture with Imperfect Downstream Competition," (with David Sunding), *American Journal of Agricultural Economics* 80(4), November 1998, 830-38.

"Taxation, Fines, and Producer Liability Rules: Efficiency and Market Structure Implications," *Southern Economic Journal* 65(1), July 1998, pp. 140-50.

"Subsidies in Oligopoly Markets: A Welfare Comparison between Symmetric and Asymmetric Costs," (with Rickard Sandin), *Public Finance Review* 25(6), November 1997, pp. 660-68.

"The Effect of Farm Supply Shifts on Concentration and Market Power in the Food Processing Sector," (with David Sunding), *American Journal of Agricultural Economics* 79(2), May 1997, pp. 524-31.

**Articles Submitted to Refereed Journals**

"Retail Price Discrimination and Food Waste," (with Timothy Richards), *European Review of Agricultural Economics*, revision submitted on request of the editor, December 2019.

"Can Consumer Boycotts Backfire When Retailers Mediate Sales? The Case of Microbead Toothpaste," (with Jackie Doremus and Timothy Richards), Submitted December 2019.

"Pricing Strategies of Food Retailers," (with Jura Liaukonyte and Timothy Richards), *Annual Review of Resource Economics*, revision submitted on request of the editor, November 2019.

"Differentiation by Certification: Quantity Effects on Tropical Timber Production," (with Jackie Doremus and Matt Cole), *Journal of Environmental Economics and Management*, revision requested October 2019.

7

"Supplier Contracts and Vertical Market Conduct in the US Broiler Industry." (with David Sunding), *American Journal of Agricultural Economics*, revision requested October 2019.

**Other Research Publications**

"Keys to Estimating Damages in Deceptive Pricing cases," (with Dan Werner), *Law360*, Lexis-Nexis, September 22, 2017:  https://www.law360.com/articles/966658/

"Economic and fiscal impacts of the Topaz Solar Farm," (with Mark Berkman), *Economic and fiscal impacts of the Topaz Solar Farm:* The Battle Group.

"Economic Benefits of Expanded Groundwater Storage in the Central and West Coast Basins of Southern Los Angeles County," (with David Sunding and Newsha Ajami), in Angelos Findikakis and Kuniaki Sato (eds.) *IAHR Monograph on Groundwater Management Practices*, Leiden, Netherlands: CRC Press/Balkema – Taylor & Francis Group, 2011, pp. 157-77.

"Backwards Linkages and Strategic Firm Behavior: An Application to International Trade," (with Kyle Stiegert), in G. Galizzi and L. Venturini (Eds.), *Vertical Relationships and Coordination in the Food System*, Heidelberg: Physica-Verlag, 1999, pp. 113-28.

Hamilton, Stephen F.  Book Review of Perloff's *Microeconomics*, in the *American Journal of Agricultural Economics*, November 1999, 81(4), pp. 225-26.

**Working Papers**

"The Incidence of Permit Revocation," (with David Sunding).

"Sequential Pricing in Platform Markets: Implications for Antitrust," (with Philippe Bontems and Jason Lepore).

**Work in Progress**

"Environmental Policy through Permitting and Licensing," (with Cyrus Ramezani and David Sunding).

"Vertical Integration in Oligopoly Supply Chains," (with David Zilberman).

"Capacity-Setting Games in Differentiated Product Oligopoly," (with Jason Lepore).

"Optimal Pre-Commitment in Input Markets," (with Philippe Bontems).

"Product Quality Choices with Umbrella Brands," (with Robert Innes and Vincent Requillart).

# PRESENTATIONS

**Selected Conference Presentations**

"Food Banks and Food Waste," Allied Social Science Association Annual Meeting, January 2020.

"Retail Price Discrimination and Food Waste," 10th Conference on Industrial Organization and the Food Industry, June 2019.

"Keeping Food out of Landfills," **Keynote Address**, *TRANSFORuM: Industry Pioneers & Visionaries,* Waste Expo, May 2019.

"Retail Price Discrimination and Food Waste," 17th Annual International Industrial Organization Conference, April 2019.

"Food Waste in Upstream and Downstream Markets of the Food System." American Agricultural Economics Association Annual Meeting, August 2018.

"Food Waste and the Sharing Economy." American Agricultural Economics Association Annual Meeting, August 2018.

"Food Waste and the Sharing Economy." Allied Social Science Association Annual Meeting, January 2018.

"Retail Market Power in a Shopping basket Model of Supermarket Competition." American Agricultural Economics Association Annual Meeting, August 2017.

"Pricing Complementary Products." American Agricultural Economics Association Annual Meeting, August 2016.

"Online Attribute Search and Retail Prices." American Agricultural Economics Association Annual Meeting, July 2015.

"Investment Incentives and Environmental Permit Uncertainty." Western Economic Association International 89th Annual Conference, June 2014.

"Environmental Policy with Collective Waste Disposal," 29th Annual Conference of the European Association of Environmental and resource Economists, Toulouse France, June 2013.

"Oligopoly Intermediation, Strategic Pre-Commitment and the Mode of Competition," **Keynote Address**, 3rd GAEL Conference, Product Differentiation and Innovation, Grenoble France, June 2013.

"How do Supermarkets Respond to Brand-Level Demand Shocks?  Evidence from the German Beer Market." Allied Social Science Association Annual Meeting, January 2013.

"Slotting Allowances and Variety Provision in Supermarket Retailing." Allied Social Science Association Annual Meeting, January 2013.

"Social Networks and New Product Choice." American Agricultural Economics Association Annual Meeting, August 2012.

"Oligopoly Intermediation, Strategic Pre-Commitment and the Mode of Competition." Western Economic Association International 87th Annual Conference, June 2012.

"Slotting Allowances and Product Variety in Supermarket Retailing." Industrial Organization and the Food Processing Industry, INRA-IDEI, Toulouse, France, June 2012.

"Emissions Standards and Ambient Environmental Quality Standards in Stochastic Receiving Media." Allied Social Science Association Annual Meeting, January 2011.

"Slotting Allowances and Product Variety in Supermarket Retailing." American Agricultural Economics Association Annual Meeting, July 2010.

"Long-Run Contracts, Conjunctive Use, and Imported Water Demand." Berkeley Water Consortium, University of California at Berkeley, November 2009.

"How Does Advertising Affect Market Demand?  The Case of Generic Advertising."  American Agricultural Economics Association Annual Meeting, July 2009.

"Advertising and Market Power." Western Economic Association International 83rd Annual Conference, June 2008.

"Comparative Statics Effects for Supermarket Oligopoly with Applications to Sales Taxes and Slotting Allowances." American Agricultural Economics Association Annual Meeting, July 2007.

"Can Manufacturers of National Brands Control Retail Prices of Private Labels?" American Agricultural Economics Association Annual Meeting, July 2006.

"Retail Competition in Prices and Varieties." American Agricultural Economics Association Annual Meeting, July 2005.

"From Green Markets to Black Markets: Environmental Regulations and the Emergence of Illicit Activities." Food System Research Group, University of Wisconsin, Madison, WI, June 2005.

"Variety Competition in Retail Food Markets." Industrial Organization and the Food Processing Industry, INRA-IDEI, Toulouse, France, June 2004.

"Advertising in Differentiated Markets." Food System Research Group, University of Wisconsin, Madison, WI, June 2003.

"Retailer Contracting." American Agricultural Economics Association Annual Meeting, July 2002.

"Vertical Structure and Strategic Environmental Trade Policy." World Congress of Environmental and Natural Resource Economists, Monterey, CA, June 2002.

"Facilitating Practices by Food Processors in the Retail Grocery Market: Channel Profitability and Farm Surplus Effects of Off-Invoice Fees." American Agricultural Economics Association Annual Meeting, August 2001.

"The Transition from Dirty to Clean Industries: Optimal Fiscal Policy in a Two-Sector Model of Endogenous Growth," International Dimension of Environmental Policy Conference, Dutch Science Foundation/EURESCO, Kerkrade, Holland, October 2000.

"Pollution Abatement Regulation, Property Rights, and the Political Economy," Western Economic Association International 75th Annual Conference, June 2000.

"Trade, Environmental Externalities, and Taxes in Unions, Federations, and Free Trade Areas," American Agricultural Economics Association Annual Meeting, August 1999.

"Taxation, Fines, and Producer Liability Rules: Efficiency and Market Structure Implications," American Agricultural Economics Association Annual Meeting, August 1998.

"Asymmetric Pricing and a Test for Market Power in the International Durum Wheat Market," American Agricultural Economics Association Annual Meeting, August 1998.

"Beating the Cattle Cycle," Cattle Profitability Conference, Kansas State University, August 1997.

"Returns to Public Investments in Agriculture with Imperfect Downstream Competition," American Agricultural Economics Association Annual Meeting, August 1997.

"Backwards Vertical Contracts and the Strategic Trade Implications of Antitrust," American Agricultural Economics Association Annual Meeting, August 1997.

"Vertical Coordination and Export Promotion in International Wheat Markets," American Agricultural Economics Association Annual Meeting, August 1997.

"Product Liability, Entry Incentives and Market Structure," Western Economic Association International 72nd Annual Conference, July 1997.

"Backwards Linkages and Strategic Firm Behavior: An International Trade Application," Vertical Relationships and Coordination in the Food System Conference, Italy, June 1997.

"The Effect of Farm Supply Shifts on Concentration and Market Power in the Food Processing Sector," American Agricultural Economics Association Annual Meeting, August 1996.

**Other Invited Presentations**

California Polytechnic (2), Cornell University, Iowa State University, Kansas State University, Northeastern University, Oregon State University, Politecnico di Milano, Purdue University (2), Stockholm School of Economics, Toulouse School of Economics (3), University of Arizona (3), University of the Basque Country, University of California at Berkeley (5), University of California Davis (3), University of California Merced (2), University of California Santa Barbara (3), University of Central Florida (2), University of Heidelberg, University of Kiel, University of Maryland, University of Massachusetts, University of Nebraska (2), University of South Florida, University of Wisconsin (3).

## RESEARCH AND INSTRUCTION GRANTS

Principal Investigator, Agriculture and Food Research Initiative, USDA-NIFA pending, $498,223, "Food Banks, Food Retailing and Food Security," (with Craig Gundersen and Timothy J. Richards), 2020-2021.

Principal Investigator, Agriculture and Food Research Initiative, USDA-NIFA 2018-08525, $499,973, "Immigration Reform and Labor Shortages," (with Jennifer Ifft, Timothy J. Richards, Aric Shafran and Kathryn Vasilaki), 2019-2021.

Principal Investigator, Agriculture and Food Research Initiative, USDA-NIFA 2018-08126, $498,434, "Big Data and Food Loss Mitigation in the Supply Chain," (with Miguel Gomes and Timothy J. Richards), 2019-2021.

Principal Investigator, Trident Winds, LLC, $25,309, "Economic Impact Analysis of the Proposed Morro Bay Offshore (MBO) Wind Farm," 2017-2018.

Principal Investigator, Agriculture and Food Research Initiative, USDA-NIFA 2016-09921, $498,438, "Commercial Peer-to-peer Mutualization Systems (CPMS) to Eliminate Food Waste," (with Elliot Rabinovich and Timothy J. Richards), 2017-2018.

Principal Investigator, Department of the Interior - Bureau of Ocean Energy Management, $749,999, "Scenarios for Replacing Conventional Energy with Offshore Renewable Energy along the Central California Coast," (with Benjamin Ruttenberg, Crow White, Ryan Walter, and Susan Zaleski), 2016-2019.

Principal Investigator, Texas Comptroller, $247,306, "An Evaluation of Potential Economic Impacts Resulting from Flows for Freshwater Mussels: An Update Using Best Available Science and Modeling," (with Brad Wolaver, Brian Perkins, and Sam Vaugh), 2016-2017.

Principal Investigator, Agriculture and Food Research Initiative, USDA-NIFA 2015-07543, $482,831, "Online Retailing and Local Food," (with Miguel I. Gomez, Elliot Rabinovich, and Timothy J. Richards), 2016-2017.

Principal Investigator, California Air Resources Board, $249,983, "The Impact of AB32 on the Competitiveness of California Food Processing Industries," (with Ethan Ligon and Sofia Berto Villas-Boas), 2013-2014.

Principal Investigator, Element Power Solar Company, $25,000, "Economic Impact Analysis of the Proposed California Flats Solar Project," 2012-2013.

Principal Investigator, Agriculture and Food Research Initiative, USDA-NIFA 2011-02763, $387,365, "Consumer Search and Retail Pass Through: Implications for Food Price Inflation," (with Timothy J. Richards), 2011-2013.

Principal Investigator, Agriculture and Food Research Initiative, USDA-CREES 2010-65400-20441, $309,377, "Farm-Retail Price Transmission in Multi-Product Retail Environments," (with Timothy J. Richards), 2010-2011.

Principal Investigator, Agriculture and Food Research Initiative, USDA-CREES 2010-65400-20487, $268,068, "Equilibrium Price and Design of New Food Products in a Social Network," (with Timothy J. Richards), 2010-2011.

Principal Investigator, University of Wisconsin Madison P685510 (USDA Prime 2006-34101-18999), $35,839, "Pricing Relationships in the Food Retail Sector," 2006-2008.

Principal Investigator, University of Wisconsin Madison P685661 (USDA Prime 2005-34101-15664), $16,489, "Price and Advertising Relationships in the Food Retail Sector," 2005-2006.

Principal Investigator, U.S. Department of Agriculture, National Research Initiative Competitive Grants program, $180,697, "Competitive Interactions Among U.S. Retailers: A New Approach," (with Timothy J. Richards and Paul Patterson), 2005-2006.

Principal Investigator, University of Wisconsin Madison P622753 (USDA Prime 2004-34101-14559), $28,434, "Variety Competition in Retail Grocery Markets," 2004-05.

Principal Investigator, University of Wisconsin Madison P540503 (USDA Prime 2001-34101-10526), $44,632, "Advertising Agreements in a Market with Differentiated Products and Imperfect Competition," 2002-2004.

Principal Investigator, University of Wisconsin Madison P540433 (USDA Prime 2001-34101-10526), $28,978, "Retailer Contracting," 2002-2003.

Principal Investigator, U.S. Department of Agriculture, National Research Initiative Competitive Grants program, $98,130, "Empirical Tests of STE Leadership Behavior in International Grain Markets," with Kyle W. Stiegert, 2001-2003.

Principal Investigator, California Tree Fruit Agreement, $11,129, "Evaluating a Grading System: California Soft Fruit," June 2000-2001.

## EDITORIAL COLLABORATION

*Agricultural and Resource Economic Review, American Journal of Agricultural Economics, American Economic Review, American Economic Journal –Policy, Applied Economic Perspectives and Policy, B.E. Journal of Economic Analysis and Policy, B.E. Journal of Theoretical Economics, Canadian Journal of Economics, Contemporary Economic Policy, Economic Geography, Economic Inquiry, Economic Theory Bulletin, Economics Bulletin, Economics Letters, Environmental & Resource Economics, European Economic Review, European Review of Agricultural Economics, Food Policy, Games and Economic Behavior, International Economic Review, International Journal of Economics and Business, International Journal of Industrial Organization, International Tax and Public Finance, Journal of Agricultural and Applied Economics, Journal of Agricultural & Food Industrial Organization, Journal of Agricultural and Resource Economics, Journal of the Association of Environmental and Resource Economists, Journal of Economic Education, Journal of Economics, Journal of Economics & Management Strategy, Journal of Environmental Economics and Management, Journal of the Political Economy, Journal of Public Economic Theory, Journal of Public Economics, Journal of Regulatory Economics, Journal of Wine Economics, Proceedings of the National Academy of Science, Public Finance Review, Managerial and Decision Economics, Management Science, RAND Journal of Economics, Resource and Energy Economics, Review of Economic Studies, Review of Industrial Organization*

## INDUSTRY CONSULTING AND LITIGATION EXPERIENCE

Consulting experience (1994 – present) in the measurement of economic damages, complex litigation, antitrust, market analysis of regulated industries, economic feasibility studies, environmental and land use regulation, forensic economics, groundwater basin management, and portfolio investment modeling.

**Professional Affiliations**

| | |
|---|---|
| Academic Advisor | Senior Consultant |
| The Brattle Group | OnPoint Analytics, Inc. |
| 201 Mission Street, Suite 2800 | 200 Powell Street, Suite 860 |
| San Francisco, CA 94105 | Emeryville, CA 94608 |