# Exhibit B

## Testimony Provided 2015-2019

## STEPHEN F. HAMILTON
## Testimony 2015-2019

*Chris Goldie, Steven Goldie and Shasta Teekat v. Reynolds Resorts Partners, LLC*
The Bailey Law Firm (2019)
- *Expert Report*
- *Deposition*

*Calftech Corp. v. Zoetis, Inc. and Nutrius, LLC*
Shernoff, Bidart, Echeverria LLP (2019)
- *Expert Report*
- *Deposition*

*Kathleen Holt, et al. v. Foodstate, Inc., D/B/A Megafood, D/B/A Innate Response Formulas*
Kazerouni Law Group, APC
- *Expert Declaration*

*Glen McKee v. Ernesto Lopez Castro et al.*
The Law Office of Dan O'Neill (2019)
- *Expert Report*
- *Deposition*

*Tess Trudgeon v. Santa Margarita Adventures*
Mission Law (2019)
- *Expert Report*
- *Deposition*

*Diane Hultquist v. State Farm Mutual Automobile Insurance Co.*
The Law Office of Dan O'Neill (2019)
- *Expert Report*
- *Deposition*
- *Arbitration Testimony*

*Matthew John, et al. v. Am Retail Group, Inc., et al.*
Carlson Lynch Sweet Kilpela & Carpenter LLP (2018)
- *Expert Declaration*

*Susan Olt v. Al Moriarty, et al.*
Ernst Law Group (2018)
- *Expert Report*
- *Trial Testimony*

*John Nieporte v. Liberty Mutual*
Ernst Law Group (2018)
- *Expert Report*

2

*Mickey Bruce v. Anrak Corp., et al.*
The Law Office of Greg Coates (2018)
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*Ashley Clark v. Meghan Hughes*
The Law Office of Dan O'Neill (2018)
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*Siobhan Morrow and Ashley Gennock v. Carter's, Inc.*
Carlson, Lynch, Sweet, Kilpela & Carpenter, LLP (2018)
- *Expert Report*
- *Deposition*

*People of the State of California v. Macy's, Inc.*
Lieff, Cabraser, Heimann & Bernstein, LLP (2018)
- *Expert Report*

*Beatrice Spencer v. Argonaut Great Central Insurance Co.*
The Law Office of Dan O'Neill (2018)
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*Fuller vs. Caltrans*
Adamski, Moroski, Madden, Cumberland & Green, LLP (2017)
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*Russell Wade Madson, Allyson Madson v. James P. Robertson*
The Law Office of Dan O'Neill (2017)
- *Expert Report*

*Danilo Gatchalian and Emma Gatchalian v. James Quiroga Jr., South County Sanitary Services, Inc.*
The Law Office of Dan O'Neill (2017)
- *Expert Report*
- *Deposition*

*Harry Keiffer v. Gerardo Duenas-Ruelas; Stone Brewing Co., Inc.*
The Law Office of Dan O'Neill (2017)

- *Expert Report*
- *Deposition*

*Susan Lubinski et al. v. Anka Buellens., et al.*
The Law Office of Dan O'Neill (2017)
- *Expert Report*
- *Deposition*

*Leah Segedie et al. v. The Hain Celestial Group, Inv., et al.*
The Richman Law Group (2017)
- *Expert Declaration*
- *Deposition*

*Jeffrey Johnston et al. v. Schiff Nutrition International, Inc., et al.*
Fazio Micheletti LLP (2017)
- *Expert Declaration*

*Paula Munson v. Albertson's Supermarket.*
The Law Office of Dan O'Neill (2016).
- *Expert Report*
- *Deposition*

*Mary Meredith v. California Department of Corrections and Rehabilitation et al.*
The Law Office of Dan O'Neill (2016).
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*Edberg v. Caltrans*
James R. Murphy Jr., A Law Corp. (2016)
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*York v. Scoville, et al.*
Ernst Law Group, A Law Corp. (2016)
- *Expert Report*
- *Deposition*
- *Trial Testimony*

*Joseph G. Freitas et al. v. Department of the Navy; U.S.A.*
United States Department of Justice (2015)
- *Expert Report*

*Moore vs. Caltrans*
Coates & Coates, LLP (2015)

- *Expert Report*
- *Deposition*

*Ardeth Bradley v. Donald Dow et al*
The Law Office of Dan O'Neill (2015)
- *Expert Report*
- *Deposition*

*Tula Foods Inc. v. The Kroger Co. and Edgar A. Weber & Company, d/b/a Weber Flavors*
Vorys, Sater, Seymour and Pease LLP (2015)
- *Expert Report*
- *Deposition*
- *Trial Testimony*