```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
IN RE:                        :
                              :     15-MD-2645 (WHP)
                              :     15-MC-2645 (WHP)
KIND LLC "HEALTHY AND ALL     :
NATURAL" LITIGATION           :
                              :     ORDER
                              :
                              :
                              :
This Document Relates to All Actions :
                              :
------------------------------X
```

WILLIAM H. PAULEY III, Senior United States District Judge:

        Defendant KIND LLC ("KIND") move to file portions of its Memorandum of Law in Opposition to Class Certification (ECF No. 143) and certain supporting documents attached as Exhibits M, N, and O to the supporting Declaration of Dale J. Giali (ECF No. 144) under seal. This Court has reviewed the proposed redactions and finds that they are narrowly tailored, limited in scope, and justified to protect KIND's confidential and proprietary business information. See Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 120 (2d Cir. 2006). Accordingly, Plaintiffs motion to file under seal is granted.

Dated: March 16, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.